**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND**

**CRIMINAL ACTION NO. 08-9-DLB-1**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**VS.**                                <u>**ORDER**</u>

**JAMES MICHAEL JOHNSON**                                  **DEFENDANT**

********************

       This matter is before the Court on Defendant's Motion for Judicial Recommendation to Federal Bureau of Prisons for Placement at a Residential Reentry Center (Doc. #32), wherein he requests that the Court recommend to the Federal Bureau of Prisons (BOP) that he be placed in a residential reentry center (RRC) for the final six months of his term of imprisonment. Pursuant to local practice, the motion was referred to the presiding Magistrate Judge for consideration and preparation of a Report and Recommendation (R&R). On April 6, 2010, Magistrate Judge Edward B. Atkins issued his R&R which recommends that the Court deny Defendant's motion (Doc. #33).

       No objections to the R&R have been filed, and the time to do so has now expired. Upon review of the R&R, and the Court being in complete agreement with the analysis and conclusions contained therein, and being otherwise sufficiently advised,

       **IT IS ORDERED** as follows:

       1.    The Magistrate Judge's Report and Recommendation (Doc. #33) is hereby **ADOPTED** as the Findings of Fact and Conclusions of Law of the Court; and

1

2. Defendant's Motion for Judicial Recommendation to Federal Bureau of Prisons for Placement at a Residential Reentry Center (Doc. #32) is hereby **DENIED**.

This 27th day of April, 2010.



G:\DATA\ORDERS\AshCrim\2008\08-9-Order Adopting R&R.wpd