# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT ASHLAND

**CRIMINAL ACTION NO. 08-9-DLB-EBA-1**

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

vs.          **<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

**JAMES MICHAEL JOHNSON**                                     **DEFENDANT**

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

This matter is before the Court upon the April 12, 2017 Report and Recommendation (R&R) of United States Magistrate Judge Edward B. Atkins, wherein he recommends that the Court revoke Defendant James Johnson's supervised release and impose a sentence of eight months incarceration, followed by an additional ten years of supervision. (Doc. # 56). During the Final Revocation Hearing conducted by Magistrate Judge Atkins on April 7, 2017 (Doc. # 53), Defendant stipulated to Violations 2, 3, and 4, as set forth in the February 27, 2017 Violation Report.

Defendant having executed a waiver of his right to allocution (Doc. # 54), and the time for Objections to the R&R having expired, this matter is now ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 56) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release, as set forth in Violations 2, 3, and 4 of the February 27, 2017 Violation Report;

(3) The United States' oral Motion to Dismiss Violation 1 of the February 27, 2017 Violation Report is **GRANTED** and that alleged violation is **DISMISSED**;

(4) Defendant's supervised release is hereby **REVOKED**;

(5) Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **eight (8) months**, with a **ten (10) year term of supervised release to follow**;

(6) Defendant may remain on his current bond pending designation by the Bureau of Prisons to the facility where he will be incarcerated;

(7) A Judgment shall be entered concurrently herewith.

This 2nd day of May, 2017.



Signed By:
*David L. Bunning* DB
United States District Judge

K:\DATA\ORDERS\Ashland Criminal\2008\08-9 Order Adopting R&R re SRV.wpd